| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Reeves, Pamela L. | 2. Court or Organization United States District Court Eastern District of Tennessee | 3. Date of Report 05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Howard H. Baker, Jr., U.S. Courthouse
800 Market Street, Suite 145
Knoxville, TN 37902
865-545-4255

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member | ABA - Federal Trial Judge Conference |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Salary - City of Knoxville |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 02/01/2016 -002/08/2016 | San Diego, CA | National Conference Federal Trial Judges' Executive Committee Meeting | Hotel Room & Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property #1 Salisbury, N.C. | A | Rent | K | W | | | | | |
| 2. RentalProperty #2 Salisbury, N.C. | A | Rent | K | W | | | | | |
| 3. Business property #1, Knoxville, TN | A | Rent | | | Sold | 11/14/16 | M | G | La Corena Fine Properties |
| 4. Charles Schwab Money Market Fund | A | Int./Div. | L | T | | | | | |
| 5. 21st Century Fox, Inc., Class B | A | Int./Div. | J | T | | | | | |
| 6. Accordia Life Insurance (whole life) | A | Int./Div. | L | T | | | | | |
| 7. AGCO Common Stock | A | Int./Div. | J | T | | | | | |
| 8. Alleghany Corp. | A | Int./Div. | J | T | | | | | |
| 9. American Express | A | Int./Div. | | | Buy | 03/14/16 | J | | |
| 10. American Express | A | Int./Div. | | | Sold | 09/01/16 | J | | |
| 11. American Funds EuroPac Gr R3 | A | Int./Div. | J | T | | | | | |
| 12. American Intl Group Common Stock | B | Int./Div. | K | T | | | | | |
| 13. Apple Computer | A | Int./Div. | | | Buy | 02/01/16 | J | | |
| 14. Apple Computer | A | Int./Div. | | | Sold | 09/20/16 | J | | |
| 15. Berkshire Hathaway Common Stock | C | Int./Div. | K | T | | | | | |
| 16. Black Rock Equity Fund Dividend R | A | Int./Div. | | | Sold | 06/07/16 | J | | |
| 17. Brookfield Asset Mgmt Cl A | A | Int./Div. | J | T | Sold (part) | 11/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CF Industries Holdings, Inc. | A | Int./Div. | | | Sold | 11/15/16 | J | | |
| 19. CitiGroup Common Stock | A | Int./Div. | J | T | | | | | |
| 20. City of Knoxville TN Pension Plan G Option 1 | A | Int./Div. | K | T | | | | | |
| 21. Cognizant Technology Solutions Corp. | A | Int./Div. | J | T | Buy | 12/19/16 | J | | |
| 22. Deere & Co. | A | Int./Div. | | | Sold | 09/01/16 | J | | |
| 23. Deleware Value A | A | Int./Div. | J | T | Buy | 06/08/16 | J | | |
| 24. Fairfax Financial Holdings Ltd. | A | Int./Div. | J | T | | | | | |
| 25. First Financial Bancorp Common Stock | A | Int./Div. | | | Sold | 03/04/16 | J | | |
| 26. First Tennessee Bank cash accounts | A | Int./Div. | M | T | | | | | |
| 27. Fossil Group, Inc. | A | Int./Div. | | | Sold | 02/22/16 | J | | |
| 28. Franklin Small Cap Growth | A | Int./Div. | J | T | | | | | |
| 29. Goldman Sachs Common Stock | A | Int./Div. | | | Sold | 11/25/16 | J | | |
| 30. Greenlight Capital Re Ltd. | A | Int./Div. | J | T | | | | | |
| 31. Group 1 Automotive, Icn. | A | Int./Div. | J | T | | | | | |
| 32. Guardian Modified Benefit whole life insurance policy | A | Int./Div. | K | T | | | | | |
| 33. Hartford whole life insurance policy | A | Int./Div. | K | T | | | | | |
| 34. Intl. Bus. Machines Common | A | Int./Div. | | | Sold | 12/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. J.P. Morgan & Co. Common Stock | A | Int./Div. | J | T | | | | | |
| 36. J.P. Morgan Midcap Growth A | A | Int./Div. | J | T | | | | | |
| 37. Kellogg Co. Common Stock | A | Int./Div. | | | Sold | 02/17/16 | J | | |
| 38. Leucadia National Corp. Common Stock | A | Int./Div. | J | T | | | | | |
| 39. Liberty Global Inc F Class C | A | Int./Div. | J | T | Spinoff (from line 40) | 03/03/16 | J | | |
| 40. Liberty Global Inc F | A | Int./Div. | J | T | Buy | 03/03/16 | J | | |
| 41. Lincoln National Universal Whole LIfe Insurance Policy | A | Int./Div. | J | T | | | | | |
| 42. Lions Gate Entertainment Class B | A | Int./Div. | | | Merged (with line 52) | 12/09/16 | J | | |
| 43. Loews | A | Int./Div. | | | Sold | 11/14/16 | J | | |
| 44. Monsanto Co. | A | Int./Div. | J | T | Buy | 10/21/16 | J | | |
| 45. Oaktree Capital Group Common Stock | A | Int./Div. | J | T | | | | | |
| 46. Perrigo Co. PCL FUS Shares | A | Int./Div. | J | T | Buy | 05/12/16 | J | | |
| 47. Pioneer Bond Fund | A | Int./Div. | J | T | | | | | |
| 48. Prudential Guaranteed Income Fund | A | Int./Div. | J | T | | | | | |
| 49. Prudential Jenn Mid Cap Growth A | A | Int./Div. | J | T | | | | | |
| 50. RenaissanceRe Holdings Ltd. Common Stock | A | Int./Div. | J | T | Sold (part) | 11/25/16 | J | | |
| 51. Rolls Royce Holdings | A | Int./Div. | J | T | Sold (part) | 07/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Starz | A | Int./Div. | J | T | Buy | 03/28/16 | J | | |
| 53. SunAmerica Strategic Bond Cl C | A | Int./Div. | J | T | | | | | |
| 54. SunAmerica Money Market Cl A | A | Int./Div. | J | T | | | | | |
| 55. SunAmerica Focused Multi Asset Cl C | A | Int./Div. | J | T | | | | | |
| 56. SunAmerica Focused Alpha Growth Cl C | A | Int./Div. | J | T | | | | | |
| 57. Team Health Holdings | A | Int./Div. | J | T | Buy | 11/16/16 | J | | |
| 58. Tupperware Corp. | A | Int./Div. | | | Sold | 02/09/16 | J | | |
| 59. Vanguard Energy Fund Investor | A | Int./Div. | J | T | | | | | |
| 60. Vanguard Growth and Income Fund | A | Int./Div. | K | T | | | | | |
| 61. Vanguard Health Care Fund Admiral Shores | A | Int./Div. | L | T | | | | | |
| 62. Vanguard Windsor II Fund Investor | A | Int./Div. | K | T | | | | | |
| 63. Vict Integral Small CAD-R-b | A | Int./Div. | J | T | | | | | |
| 64. Weitz Value Portfolio Equity Funds | A | Int./Div. | J | T | | | | | |
| 65. Wells Fargo Advantage Growth A | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Starz was acquired by Lionsgate Entertainment Class B effective 12/9/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela L. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544